# ASSETGUARD

Asset Guard Products, Inc.
301 E 18th St
Cisco, TX 76437
817-850-3600

**Pay Statement**

| | |
|---|---|
| Period Start Date | 02/04/2024 |
| Period End Date | 02/17/2024 |
| Pay Date | 02/23/2024 |
| Document | 4401 |
| Net Pay | $1,867.94 |

## Pay Details

Naomi Richard
5212 Carnifix Ct.
Baton Rouge, LA 70817
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 132546 | Pay Group | 00AGPI Biweekly | |
| SSN | | Location | Remote - LA | |
| Job | Coordinator, Proc Solut | Cost Ctr/Cod | 1009 - Asset Guard Products Inc | |
| Pay Rate | $33.65 | Department | 1908 - Central Op Support | |
| Pay Frequency | Biweekly | GL Cost Grp | 3 - Employees-G&A-7300 | |
| | | GL Company | 0AGPI - Asset Guard Products | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| GTL | | | $3.74 | $14.96 |
| Holiday | 0.0000 | $0.00 | $0.00 | $538.46 |
| Paid Time Off | 0.0000 | $0.00 | $0.00 | $538.46 |
| Phone Stipend | | | $16.15 | $64.60 |
| Regular Pay | 80.0000 | $33.65 | $2,692.31 | $9,692.32 |
| Reimbursement | 0.0000 | $0.00 | $0.00 | $265.91 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Roth Prcnt | No | $161.54 | $646.16 | $0.00 | $0.00 |
| Dental1500 | Yes | $12.78 | $51.12 | $0.00 | $0.00 |
| GTL | No | $3.74 | $14.96 | $0.00 | $0.00 |
| Medical Choice | Yes | $76.20 | $304.80 | $210.36 | $841.44 |
| PremiumDiscount | Yes | ($23.08) | ($92.32) | $0.00 | $0.00 |
| Short Term Disa | No | $22.75 | $91.00 | $0.00 | $0.00 |
| Vision | Yes | $3.34 | $13.36 | $0.00 | $0.00 |
| Vol ADD Employe | No | $7.25 | $29.00 | $0.00 | $0.00 |
| Vol Life Emp | No | $25.43 | $101.72 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $107.69 | $430.76 |
| ADD - Company | No | $0.00 | $0.00 | $1.48 | $5.92 |
| GTL - Company | No | $0.00 | $0.00 | $11.63 | $46.52 |
| Long Term Disab | No | $0.00 | $0.00 | $10.50 | $42.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $264.09 | $1,056.36 |
| Employee Medicare | $38.08 | $152.35 |
| Social Security Employee Tax | $162.86 | $651.45 |
| LA State Income Tax | $89.28 | $357.12 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 4.6200 | 18.5900 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxx3269 | Checking | $1,867.94 |
| Total | | $1,867.94 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,712.20 | $2,626.81 | $554.31 | $289.95 | $1,867.94 |
| YTD | $11,114.71 | $10,507.24 | $2,217.28 | $1,159.80 | $7,737.63 |

# ASSETGUARD

Asset Guard Products, Inc.
301 E 18th St
Cisco, TX 76437
817-850-3600

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/21/2024 |
| Period End Date | 02/03/2024 |
| Pay Date | 02/09/2024 |
| Document | 4335 |
| Net Pay | $1,867.92 |

## Pay Details

| | | | | |
|---|---|---|---|---|
| Naomi Richard | Employee Number | 132546 | Pay Group | 00AGPI Biweekly |
| 5212 Carnifix Ct. | SSN | | Location | Louisiana |
| Baton Rouge, LA 70817 | Job | Coordinator, Proc Solut | Cost Ctr/Cod | 1009 - Asset Guard Products, Inc |
| USA | Pay Rate | $33.65 | Department | 1908 - Central Op Support |
| | Pay Frequency | Biweekly | GL Cost Grp | 3 - Employees-G&A-7300 |
| | | | GL Company | 0AGPI - Asset Guard Products Inc |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Group Term Life | | | $3.74 | $11.22 |
| Holiday | 0.0000 | $0.00 | $0.00 | $538.46 |
| Paid Time Off | 16.0000 | $33.65 | $538.46 | $538.46 |
| Phone Stipend | | | $16.15 | $48.45 |
| Regular Pay | 64.0000 | $33.65 | $2,153.85 | $7,000.01 |
| Reimbursement | 0.0000 | $0.00 | $0.00 | $265.91 |
| Total Hours 80.0000 | | | | |

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Roth Prcnt | No | $161.54 | $484.62 | $0.00 | $0.00 |
| Dental1500 | Yes | $12.78 | $38.34 | $0.00 | $0.00 |
| Group Term Life | No | $3.74 | $11.22 | $0.00 | $0.00 |
| Medical Choice | Yes | $76.20 | $228.60 | $210.36 | $631.08 |
| PremiumDiscount | Yes | ($23.08) | ($69.24) | $0.00 | $0.00 |
| Short Term Disa | No | $22.75 | $68.25 | $0.00 | $0.00 |
| Vision | Yes | $3.34 | $10.02 | $0.00 | $0.00 |
| Vol ADD Employe | No | $7.25 | $21.75 | $0.00 | $0.00 |
| Vol Life Emp | No | $25.43 | $76.29 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $107.69 | $323.07 |
| Group ADD | No | $0.00 | $0.00 | $1.48 | $4.44 |
| GTL - Life | No | $0.00 | $0.00 | $11.63 | $34.89 |
| Long Term Disab | No | $0.00 | $0.00 | $10.50 | $31.50 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $264.09 | $792.27 |
| Employee Medicare | $38.09 | $114.27 |
| Social Security Employee Tax | $162.87 | $488.59 |
| LA State Income Tax | $89.28 | $267.84 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 4.6200 | 13.9700 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxx3269 | Checking | $1,867.92 |
| Total | | $1,867.92 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,712.20 | $2,626.81 | $554.33 | $289.95 | $1,867.92 |
| YTD | $8,402.51 | $7,880.43 | $1,662.97 | $869.85 | $5,869.69 |

# ASSETGUARD

Asset Guard Products, Inc.
301 E 18th St
Cisco, TX 76437
817-850-3600

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/07/2024 |
| Period End Date | 01/20/2024 |
| Pay Date | 01/26/2024 |
| Document | 4274 |
| Net Pay | $2,133.84 |

## Pay Details

Naomi Richard
5212 Carnifix Ct.
Baton Rouge, LA 70817
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 132546 | Pay Group | 00AGPI Biweekly | |
| SSN | | Location | Louisiana | |
| Job | Coordinator, Proc Solut | Cost Ctr/Cod | 1009 - Asset Guard Products, Inc | |
| Pay Rate | $33.65 | Department | 1908 - Central Op Support | |
| Pay Frequency | Biweekly | GL Cost Grp | 3 - Employees-G&A-7300 | |
| | | GL Company | 0AGPI - Asset Guard Products Inc | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Group Term Life | | | $3.74 | $7.48 |
| Holiday | 0.0000 | $0.00 | $0.00 | $538.46 |
| Phone Stipend | | | $16.15 | $32.30 |
| Regular Pay | 80.0000 | $33.65 | $2,692.31 | $4,846.16 |
| Reimbursement | | | $265.91 | $265.91 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Roth Prcnt | No | $161.54 | $323.08 | $0.00 | $0.00 |
| Dental1500 | Yes | $12.78 | $25.56 | $0.00 | $0.00 |
| Group Term Life | No | $3.74 | $7.48 | $0.00 | $0.00 |
| Medical Choice | Yes | $76.20 | $152.40 | $210.36 | $420.72 |
| PremiumDiscount | Yes | ($23.08) | ($46.16) | $0.00 | $0.00 |
| Short Term Disa | No | $22.75 | $45.50 | $0.00 | $0.00 |
| Vision | Yes | $3.34 | $6.68 | $0.00 | $0.00 |
| Vol ADD Employe | No | $7.25 | $14.50 | $0.00 | $0.00 |
| Vol Life Emp | No | $25.43 | $50.86 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $107.69 | $215.38 |
| Group ADD | No | $0.00 | $0.00 | $1.48 | $2.96 |
| GTL - Life | No | $0.00 | $0.00 | $11.63 | $23.26 |
| Long Term Disab | No | $0.00 | $0.00 | $10.50 | $21.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $264.09 | $528.18 |
| Employee Medicare | $38.09 | $76.18 |
| Social Security Employee Tax | $162.86 | $325.72 |
| LA State Income Tax | $89.28 | $178.56 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 4.6200 | 25.3500 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxx3269 | Checking | $2,133.84 |
| Total | | $2,133.84 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,978.11 | $2,626.81 | $554.32 | $289.95 | $2,133.84 |
| YTD | $5,690.31 | $5,253.62 | $1,108.64 | $579.90 | $4,001.77 |

# ASSETGUARD

Asset Guard Products, Inc.
301 E 18th St
Cisco, TX 76437
817-850-3600

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/24/2023 |
| Period End Date | 01/06/2024 |
| Pay Date | 01/12/2024 |
| Document | 4219 |
| Net Pay | $1,867.93 |

## Pay Details

Naomi Richard
5212 Carnifix Ct.
Baton Rouge, LA 70817
USA

| | | | |
|---|---|---|---|
| Employee Number | 132546 | Pay Group | 00AGPI Biweekly |
| SSN | | Location | Louisiana |
| Job | Coordinator, Proc Solut | Cost Ctr/Cod | 1009 - Asset Guard Products, Inc |
| Pay Rate | $33.65 | Department | 1908 - Central Op Support |
| Pay Frequency | Biweekly | GL Cost Grp | 3 - Employees-G&A-7300 |
| | | GL Company | 0AGPI - Asset Guard Products Inc |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Group Term Life | | | $3.74 | $3.74 |
| Holiday | 16.0000 | $33.65 | $538.46 | $538.46 |
| Phone Stipend | | | $16.15 | $16.15 |
| Regular Pay | 64.0000 | $33.65 | $2,153.85 | $2,153.85 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Roth Prcnt | No | $161.54 | $161.54 | $0.00 | $0.00 |
| Dental1500 | Yes | $12.78 | $12.78 | $0.00 | $0.00 |
| Group Term Life | No | $3.74 | $3.74 | $0.00 | $0.00 |
| Medical Choice | Yes | $76.20 | $76.20 | $210.36 | $210.36 |
| PremiumDiscount | Yes | ($23.08) | ($23.08) | $0.00 | $0.00 |
| Short Term Disa | No | $22.75 | $22.75 | $0.00 | $0.00 |
| Vision | Yes | $3.34 | $3.34 | $0.00 | $0.00 |
| Vol ADD Employe | No | $7.25 | $7.25 | $0.00 | $0.00 |
| Vol Life Emp | No | $25.43 | $25.43 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $107.69 | $107.69 |
| Group ADD | No | $0.00 | $0.00 | $1.48 | $1.48 |
| GTL - Life | No | $0.00 | $0.00 | $11.63 | $11.63 |
| Long Term Disab | No | $0.00 | $0.00 | $10.50 | $10.50 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $264.09 | $264.09 |
| Employee Medicare | $38.09 | $38.09 |
| Social Security Employee Tax | $162.86 | $162.86 |
| LA State Income Tax | $89.28 | $89.28 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 4.6200 | 20.7300 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxx3269 | Checking | $1,867.93 |
| Total | | $1,867.93 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,712.20 | $2,626.81 | $554.32 | $289.95 | $1,867.93 |
| YTD | $2,712.20 | $2,626.81 | $554.32 | $289.95 | $1,867.93 |

# ASSETGUARD

Asset Guard Products, Inc.
301 E 18th St
Cisco, TX 76437
817-850-3600

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/10/2023 |
| Period End Date | 12/23/2023 |
| Pay Date | 12/29/2023 |
| Document | 4167 |
| Net Pay | $1,857.26 |

## Pay Details

Naomi Richard
5212 Carnifix Ct.
Baton Rouge, LA 70817
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 132546 | Pay Group | 00AGPI Biweekly |
| SSN | | Location | Louisiana |
| Job | Coordinator, Proc Solut | Cost Ctr/Cod | 1009 - Asset Guard Products, Inc |
| Pay Rate | $33.65 | Department | 1908 - Central Op Support |
| Pay Frequency | Biweekly | GL Cost Grp | 3 - Employees-G&A-7300 |
| | | GL Company | 0AGPI - Asset Guard Products Inc |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Group Term Life | | | $3.74 | $87.88 |
| Holiday | 0.0000 | $0.00 | $0.00 | $1,786.46 |
| Overtime-Salary | 0.0000 | $0.00 | $0.00 | $4,117.56 |
| Paid Time Off | 8.0000 | $33.65 | $269.23 | $4,318.91 |
| Phone Stipend | | | $16.15 | $419.90 |
| Regular Pay | 72.0000 | $33.65 | $2,423.08 | $59,291.96 |
| Reimbursement | 0.0000 | $0.00 | $0.00 | $8,648.50 |
| Retro Hourly | 0.0000 | $0.00 | $0.00 | $405.91 |
| Year End Bonus | 0.0000 | $0.00 | $0.00 | $750.00 |

Total Hours  80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $0.00 | $200.00 | $0.00 | $0.00 |
| 401k Roth Prcnt | No | $161.54 | $3,138.84 | $0.00 | $0.00 |
| Dental1500 | Yes | $12.06 | $313.56 | $0.00 | $0.00 |
| Group Term Life | No | $3.74 | $87.88 | $0.00 | $0.00 |
| Medical Choice | Yes | $68.65 | $1,784.90 | $204.58 | $5,319.08 |
| PremiumDiscount | Yes | ($23.08) | ($507.76) | $0.00 | $0.00 |
| Short Term Disa | No | $22.75 | $553.97 | $0.00 | $0.00 |
| Vision | Yes | $3.34 | $86.84 | $0.00 | $0.00 |
| Vol ADD Employe | No | $7.25 | $182.38 | $0.00 | $0.00 |
| Vol Life Emp | No | $25.43 | $639.70 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $107.69 | $2,758.36 |
| Group ADD | No | $0.00 | $0.00 | $1.48 | $36.14 |
| GTL - Life | No | $0.00 | $0.00 | $11.63 | $283.75 |
| Long Term Disab | No | $0.00 | $0.00 | $10.50 | $255.81 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $282.04 | $7,423.84 |
| Employee Medicare | $38.21 | $1,001.68 |
| Social Security Employee Tax | $163.37 | $4,283.03 |
| LA State Income Tax | $89.64 | $2,254.56 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 4.6200 | 16.1100 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxx3269 | Checking | $1,857.26 |
| Total | | $1,857.26 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,712.20 | $2,635.08 | $573.26 | $281.68 | $1,857.26 |
| YTD | $79,827.08 | $68,881.14 | $14,963.11 | $6,480.31 | $58,383.66 |

# ASSETGUARD

Asset Guard Products, Inc.
301 E 18th St
Cisco, TX 76437
817-850-3600

**Pay Statement**
Period Start Date  11/26/2023
Period End Date    12/09/2023
Pay Date           12/15/2023
Document           4114
Net Pay            $1,857.25

## Pay Details

Naomi Richard
5212 Carnifix Ct.
Baton Rouge, LA 70817
USA

| | | | |
|---|---|---|---|
| Employee Number | 132546 | Pay Group | 00AGPI Biweekly |
| SSN | | Location | Louisiana |
| Job | Coordinator, Proc Solut | Cost Ctr/Cod | 1009 - Asset Guard Products, Inc |
| Pay Rate | $33.65 | Department | 1908 - Central Op Support |
| Pay Frequency | Biweekly | GL Cost Grp | 3 - Employees-G&A-7300 |
| | | GL Company | 0AGPI - Asset Guard Products Inc |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Group Term Life | | | $3.74 | $84.14 |
| Holiday | 0.0000 | $0.00 | $0.00 | $1,786.46 |
| Overtime-Salary | 0.0000 | $0.00 | $0.00 | $4,117.56 |
| Paid Time Off | 0.0000 | $0.00 | $0.00 | $4,049.68 |
| Phone Stipend | | | $16.15 | $403.75 |
| Regular Pay | 80.0000 | $33.65 | $2,692.31 | $56,868.88 |
| Reimbursement | 0.0000 | $0.00 | $0.00 | $8,648.50 |
| Retro Hourly | 0.0000 | $0.00 | $0.00 | $405.91 |
| Year End Bonus | 0.0000 | $0.00 | $0.00 | $750.00 |

Total Hours  80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $0.00 | $200.00 | $0.00 | $0.00 |
| 401k Roth Prcnt | No | $161.54 | $2,977.30 | $0.00 | $0.00 |
| Dental1500 | Yes | $12.06 | $301.50 | $0.00 | $0.00 |
| Group Term Life | No | $3.74 | $84.14 | $0.00 | $0.00 |
| Medical Choice | Yes | $68.65 | $1,716.25 | $204.58 | $5,114.50 |
| PremiumDiscount | Yes | ($23.08) | ($484.68) | $0.00 | $0.00 |
| Short Term Disa | No | $22.75 | $531.22 | $0.00 | $0.00 |
| Vision | Yes | $3.34 | $83.50 | $0.00 | $0.00 |
| Vol ADD Employe | No | $7.25 | $175.12 | $0.00 | $0.00 |
| Vol Life Emp | No | $25.43 | $614.27 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $107.69 | $2,650.67 |
| Group ADD | No | $0.00 | $0.00 | $1.48 | $34.66 |
| GTL - Life | No | $0.00 | $0.00 | $11.63 | $272.12 |
| Long Term Disab | No | $0.00 | $0.00 | $10.50 | $245.31 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $282.04 | $7,141.80 |
| Employee Medicare | $38.21 | $963.47 |
| Social Security Employee Tax | $163.38 | $4,119.66 |
| LA State Income Tax | $89.64 | $2,164.92 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 4.6200 | 19.4900 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx3269 | Checking | $1,857.25 |
| Total | | $1,857.25 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,712.20 | $2,635.08 | $573.27 | $281.68 | $1,857.25 |
| YTD | $77,114.88 | $66,246.06 | $14,389.85 | $6,198.62 | $56,526.41 |

# ASSETGUARD

Asset Guard Products, Inc.
301 E 18th St
Cisco, TX 76437
817-850-3600

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 11/26/2023 |
| Period End Date | 12/13/2023 |
| Pay Date | 12/13/2023 |
| Document | 4069 |
| Net Pay | $464.30 |

## Pay Details

Naomi Richard
5212 Carnifix Ct.
Baton Rouge, LA 70817
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 132546 | Pay Group | 00AGPI Biweekly | |
| SSN | | Location | Louisiana | |
| Job | Coordinator, Proc Solut | Cost Ctr/Cod | 1009 - Asset Guard Products, Inc | |
| Pay Rate | $33.65 | Department | 1908 - Central Op Support | |
| Pay Frequency | Biweekly | GL Cost Grp | 3 - Employees-G&A-7300 | |
| | | GL Company | 0AGPI - Asset Guard Products Inc | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Group Term Life | 0.0000 | $0.00 | $0.00 | $80.40 |
| Holiday | 0.0000 | $0.00 | $0.00 | $1,786.46 |
| Overtime-Salary | 0.0000 | $0.00 | $0.00 | $4,117.56 |
| Paid Time Off | 0.0000 | $0.00 | $0.00 | $4,049.68 |
| Phone Stipend | 0.0000 | $0.00 | $0.00 | $387.60 |
| Regular Pay | 0.0000 | $0.00 | $0.00 | $54,176.57 |
| Reimbursement | 0.0000 | $0.00 | $0.00 | $8,648.50 |
| Retro Hourly | 0.0000 | $0.00 | $0.00 | $405.91 |
| Year End Bonus | | | $750.00 | $750.00 |

Total Hours 0.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $0.00 | $200.00 | $0.00 | $0.00 |
| 401k Roth Prcnt | No | $45.00 | $2,815.76 | $0.00 | $0.00 |
| Dental1500 | Yes | $0.00 | $289.44 | $0.00 | $0.00 |
| Group Term Life | No | $0.00 | $80.40 | $0.00 | $0.00 |
| Medical Choice | Yes | $0.00 | $1,647.60 | $0.00 | $4,909.92 |
| PremiumDiscount | Yes | $0.00 | ($461.60) | $0.00 | $0.00 |
| Short Term Disa | No | $0.00 | $508.47 | $0.00 | $0.00 |
| Vision | Yes | $0.00 | $80.16 | $0.00 | $0.00 |
| Vol ADD Employe | No | $0.00 | $167.88 | $0.00 | $0.00 |
| Vol Life Emp | No | $0.00 | $588.84 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $30.00 | $2,542.98 |
| Group ADD | No | $0.00 | $0.00 | $0.00 | $33.18 |
| GTL - Life | No | $0.00 | $0.00 | $0.00 | $260.49 |
| Long Term Disab | No | $0.00 | $0.00 | $0.00 | $234.81 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $165.00 | $6,859.76 |
| Employee Medicare | $10.88 | $925.26 |
| Social Security Employee Tax | $46.50 | $3,956.28 |
| LA State Income Tax | $18.32 | $2,075.28 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 0.0000 | 14.8700 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxx3269 | Checking | $464.30 |
| Total | | $464.30 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $750.00 | $750.00 | $240.70 | $45.00 | $464.30 |
| YTD | $74,402.68 | $63,610.98 | $13,816.58 | $5,916.95 | $54,669.16 |

# ASSETGUARD

Asset Guard Products, Inc.
301 E 18th St
Cisco, TX 76437
817-850-3600

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 11/12/2023 |
| Period End Date | 11/25/2023 |
| Pay Date | 12/01/2023 |
| Document | 4019 |
| Net Pay | $1,857.27 |

## Pay Details

Naomi Richard
5212 Carnifix Ct.
Baton Rouge, LA 70817
USA

| | | | |
|---|---|---|---|
| Employee Number | 132546 | Pay Group | 00AGPI Biweekly |
| SSN | | Location | Louisiana |
| Job | Coordinator, Proc Solut | Cost Ctr/Cod | 1009 - Asset Guard Products, Inc |
| Pay Rate | $33.65 | Department | 1908 - Central Op Support |
| Pay Frequency | Biweekly | GL Cost Grp | 3 - Employees-G&A-7300 |
| | | GL Company | 0AGPI - Asset Guard Products Inc |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Group Term Life | | | $3.74 | $80.40 |
| Holiday | 16.0000 | $33.65 | $538.46 | $1,786.46 |
| Overtime-Salary | 0.0000 | $0.00 | $0.00 | $4,117.56 |
| Paid Time Off | 0.0000 | $0.00 | $0.00 | $4,049.68 |
| Phone Stipend | | | $16.15 | $387.60 |
| Regular Pay | 64.0000 | $33.65 | $2,153.85 | $54,176.57 |
| Reimbursement | 0.0000 | $0.00 | $0.00 | $8,648.50 |
| Retro Hourly | 0.0000 | $0.00 | $0.00 | $405.91 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $0.00 | $200.00 | $0.00 | $0.00 |
| 401k Roth Prcnt | No | $161.54 | $2,770.76 | $0.00 | $0.00 |
| Dental1500 | Yes | $12.06 | $289.44 | $0.00 | $0.00 |
| Group Term Life | No | $3.74 | $80.40 | $0.00 | $0.00 |
| Medical Choice | Yes | $68.65 | $1,647.60 | $204.58 | $4,909.92 |
| PremiumDiscount | Yes | ($23.08) | ($461.60) | $0.00 | $0.00 |
| Short Term Disa | No | $22.75 | $508.47 | $0.00 | $0.00 |
| Vision | Yes | $3.34 | $80.16 | $0.00 | $0.00 |
| Vol ADD Employe | No | $7.25 | $167.88 | $0.00 | $0.00 |
| Vol Life Emp | No | $25.43 | $588.84 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $107.69 | $2,512.98 |
| Group ADD | No | $0.00 | $0.00 | $1.48 | $33.18 |
| GTL - Life | No | $0.00 | $0.00 | $11.63 | $260.49 |
| Long Term Disab | No | $0.00 | $0.00 | $10.50 | $234.81 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $282.04 | $6,694.76 |
| Employee Medicare | $38.20 | $914.38 |
| Social Security Employee Tax | $163.37 | $3,909.78 |
| LA State Income Tax | $89.64 | $2,056.96 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 4.6200 | 14.8700 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxx3269 | Checking | $1,857.27 |
| Total | | $1,857.27 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,712.20 | $2,635.08 | $573.25 | $281.68 | $1,857.27 |
| YTD | $73,652.68 | $62,860.98 | $13,575.88 | $5,871.95 | $54,204.85 |

# ASSETGUARD

Asset Guard Products, Inc.
301 E 18th St
Cisco, TX 76437
817-850-3600

**Pay Statement**
Period Start Date 10/29/2023
Period End Date 11/11/2023
Pay Date 11/17/2023
Document 3969
Net Pay **$1,857.25**

## Pay Details

Naomi Richard
5212 Carnifix Ct.
Baton Rouge, LA 70817
USA

Employee Number 132546
SSN
Job Coordinator, Proc Solut
Pay Rate $33.65
Pay Frequency Biweekly

Pay Group 00AGPI Biweekly
Location Louisiana
Cost Ctr/Cod 1009 - Asset Guard Products, Inc
Department 1908 - Central Op Support
GL Cost Grp 3 - Employees-G&A-7300
GL Company 0AGPI - Asset Guard Products Inc

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Group Term Life | | | $3.74 | $76.66 |
| Holiday | 0.0000 | $0.00 | $0.00 | $1,248.00 |
| Overtime-Salary | 0.0000 | $0.00 | $0.00 | $4,117.56 |
| Paid Time Off | 0.0000 | $0.00 | $0.00 | $4,049.68 |
| Phone Stipend | | | $16.15 | $371.45 |
| Regular Pay | 80.0000 | $33.65 | $2,692.31 | $52,022.72 |
| Reimbursement | 0.0000 | $0.00 | $0.00 | $8,648.50 |
| Retro Hourly | 0.0000 | $0.00 | $0.00 | $405.91 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $0.00 | $200.00 | $0.00 | $0.00 |
| 401k Roth Prcnt | No | $161.54 | $2,609.22 | $0.00 | $0.00 |
| Dental1500 | Yes | $12.06 | $277.38 | $0.00 | $0.00 |
| Group Term Life | No | $3.74 | $76.66 | $0.00 | $0.00 |
| Medical Choice | Yes | $68.65 | $1,578.95 | $204.58 | $4,705.34 |
| PremiumDiscount | Yes | ($23.08) | ($438.52) | $0.00 | $0.00 |
| Short Term Disa | No | $22.75 | $485.72 | $0.00 | $0.00 |
| Vision | Yes | $3.34 | $76.82 | $0.00 | $0.00 |
| Vol ADD Employe | No | $7.25 | $160.62 | $0.00 | $0.00 |
| Vol Life Emp | No | $25.43 | $563.41 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $107.69 | $2,405.29 |
| Group ADD | No | $0.00 | $0.00 | $1.48 | $31.70 |
| GTL - Life | No | $0.00 | $0.00 | $11.63 | $248.86 |
| Long Term Disab | No | $0.00 | $0.00 | $10.50 | $224.31 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $282.04 | $6,412.72 |
| Employee Medicare | $38.21 | $876.18 |
| Social Security Employee Tax | $163.38 | $3,746.41 |
| LA State Income Tax | $89.64 | $1,967.32 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 4.6200 | 10.2500 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxx3269 | Checking | $1,857.25 |
| Total | | $1,857.25 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,712.20 | $2,635.08 | $573.27 | $281.68 | $1,857.25 |
| YTD | $70,940.48 | $60,225.90 | $13,002.63 | $5,590.26 | $52,347.59 |

# ASSETGUARD

Asset Guard Products, Inc.
301 E 18th St
Cisco, TX 76437
817-850-3600

| Pay Statement | |
|---|---|
| Period Start Date | 10/15/2023 |
| Period End Date | 10/28/2023 |
| Pay Date | 11/03/2023 |
| Document | 3919 |
| Net Pay | $1,857.26 |

## Pay Details

Naomi Richard
5212 Carnifix Ct.
Baton Rouge, LA 70817
USA

| | | | |
|---|---|---|---|
| Employee Number | 132546 | Pay Group | 00AGPI Biweekly |
| SSN | | Location | Louisiana |
| Job | Coordinator, Proc Solut | Cost Ctr/Cod | 1009 - Asset Guard Products, Inc |
| Pay Rate | $33.65 | Department | 1908 - Central Op Support |
| Pay Frequency | Biweekly | GL Cost Grp | 3 - Employees-G&A-7300 |
| | | GL Company | 0AGPI - Asset Guard Products Inc |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Group Term Life | | | $3.74 | $72.92 |
| Holiday | 0.0000 | $0.00 | $0.00 | $1,248.00 |
| Overtime-Salary | 0.0000 | $0.00 | $0.00 | $4,117.56 |
| Paid Time Off | 0.0000 | $0.00 | $0.00 | $4,049.68 |
| Phone Stipend | | | $16.15 | $355.30 |
| Regular Pay | 80.0000 | $33.65 | $2,692.31 | $49,330.41 |
| Reimbursement | 0.0000 | $0.00 | $0.00 | $8,648.50 |
| Retro Hourly | 0.0000 | $0.00 | $0.00 | $405.91 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $0.00 | $200.00 | $0.00 | $0.00 |
| 401k Roth Prcnt | No | $161.54 | $2,447.68 | $0.00 | $0.00 |
| Dental1500 | Yes | $12.06 | $265.32 | $0.00 | $0.00 |
| Group Term Life | No | $3.74 | $72.92 | $0.00 | $0.00 |
| Medical Choice | Yes | $68.65 | $1,510.30 | $204.58 | $4,500.76 |
| PremiumDiscount | Yes | ($23.08) | ($415.44) | $0.00 | $0.00 |
| Short Term Disa | No | $22.75 | $462.97 | $0.00 | $0.00 |
| Vision | Yes | $3.34 | $73.48 | $0.00 | $0.00 |
| Vol ADD Employe | No | $7.25 | $153.38 | $0.00 | $0.00 |
| Vol Life Emp | No | $25.43 | $537.98 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $107.69 | $2,297.60 |
| Group ADD | No | $0.00 | $0.00 | $1.48 | $30.22 |
| GTL - Life | No | $0.00 | $0.00 | $11.63 | $237.23 |
| Long Term Disab | No | $0.00 | $0.00 | $10.50 | $213.81 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $282.04 | $6,130.68 |
| Employee Medicare | $38.21 | $837.97 |
| Social Security Employee Tax | $163.37 | $3,583.03 |
| LA State Income Tax | $89.64 | $1,877.68 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 4.6200 | 5.6300 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxx3269 | Checking | $1,857.26 |
| Total | | $1,857.26 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,712.20 | $2,635.08 | $573.26 | $281.68 | $1,857.26 |
| YTD | $68,228.28 | $57,590.82 | $12,429.36 | $5,308.59 | $50,490.33 |

# ASSETGUARD

Asset Guard Products, Inc.
301 E 18th St
Cisco, TX 76437
817-850-3600

**Pay Statement**

| | |
|---|---|
| Period Start Date | 10/01/2023 |
| Period End Date | 10/14/2023 |
| Pay Date | 10/20/2023 |
| Document | 3864 |
| Net Pay | $2,133.45 |

## Pay Details

Naomi Richard
5212 Carnifix Ct.
Baton Rouge, LA 70817
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 132546 | Pay Group | 00AGPI Biweekly | |
| SSN | | Location | Louisiana | |
| Job | Coordinator, Proc Solut | Cost Ctr/Cod | 1009 - Asset Guard Products, Inc | |
| Pay Rate | $33.65 | Department | 1908 - Central Op Support | |
| Pay Frequency | Biweekly | GL Cost Grp | 3 - Employees-G&A-7300 | |
| | | GL Company | 0AGPI - Asset Guard Products Inc | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Group Term Life | | | $3.74 | $69.18 |
| Holiday | 0.0000 | $0.00 | $0.00 | $1,248.00 |
| Overtime-Salary | 0.0000 | $0.00 | $0.00 | $4,117.56 |
| Paid Time Off | 48.0000 | $33.65 | $1,615.38 | $4,049.68 |
| Phone Stipend | | | $16.15 | $339.15 |
| Regular Pay | 32.0000 | $33.65 | $1,076.92 | $46,638.10 |
| Reimbursement | | | $249.29 | $8,648.50 |
| Retro Hourly | 0.0000 | $0.00 | $0.00 | $405.91 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $0.00 | $200.00 | $0.00 | $0.00 |
| 401k Roth Prcnt | No | $134.62 | $2,286.14 | $0.00 | $0.00 |
| Dental1500 | Yes | $12.06 | $253.26 | $0.00 | $0.00 |
| Group Term Life | No | $3.74 | $69.18 | $0.00 | $0.00 |
| Medical Choice | Yes | $68.65 | $1,441.65 | $204.58 | $4,296.18 |
| PremiumDiscount | Yes | ($23.08) | ($392.36) | $0.00 | $0.00 |
| Short Term Disa | No | $22.75 | $440.22 | $0.00 | $0.00 |
| Vision | Yes | $3.34 | $70.14 | $0.00 | $0.00 |
| Vol ADD Employe | No | $7.25 | $146.12 | $0.00 | $0.00 |
| Vol Life Emp | No | $25.43 | $512.55 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $107.69 | $2,189.91 |
| Group ADD | No | $0.00 | $0.00 | $1.48 | $28.74 |
| GTL - Life | No | $0.00 | $0.00 | $11.63 | $225.60 |
| Long Term Disab | No | $0.00 | $0.00 | $10.50 | $203.31 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $282.04 | $5,848.64 |
| Employee Medicare | $38.21 | $799.76 |
| Social Security Employee Tax | $163.38 | $3,419.66 |
| LA State Income Tax | $89.64 | $1,788.04 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 4.6200 | 1.0100 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxx3269 | Checking | $2,133.45 |
| Total | | $2,133.45 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,961.48 | $2,635.07 | $573.27 | $254.76 | $2,133.45 |
| YTD | $65,516.08 | $54,955.74 | $11,856.10 | $5,026.90 | $48,633.08 |

# ASSETGUARD

Asset Guard Products, Inc.
301 E 18th St
Cisco, TX 76437
817-850-3600

**Pay Statement**

| | |
|---|---|
| Period Start Date | 09/17/2023 |
| Period End Date | 09/30/2023 |
| Pay Date | 10/06/2023 |
| Document | 3811 |
| Net Pay | $1,884.18 |

## Pay Details

Naomi Richard
5212 Camifix Ct.
Baton Rouge, LA 70817
USA

| | | | |
|---|---|---|---|
| Employee Number | 132546 | Pay Group | 00AGPI Biweekly |
| SSN | | Location | Louisiana |
| Job | Coordinator, Proc Solut | Cost Ctr/Cod | 1009 - Asset Guard Products, Inc |
| Pay Rate | $33.65 | Department | 1908 - Central Op Support |
| Pay Frequency | Biweekly | GL Cost Grp | 3 - Employees-G&A-7300 |
| | | GL Company | 0AGPI - Asset Guard Products Inc |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Group Term Life | | | $3.74 | $65.44 |
| Holiday | 0.0000 | $0.00 | $0.00 | $1,248.00 |
| Overtime-Salary | 0.0000 | $0.00 | $0.00 | $4,117.56 |
| Paid Time Off | 0.0000 | $0.00 | $0.00 | $2,434.30 |
| Phone Stipend | | | $16.15 | $323.00 |
| Regular Pay | 80.0000 | $33.65 | $2,692.31 | $45,561.18 |
| Reimbursement | 0.0000 | $0.00 | $0.00 | $8,399.21 |
| Retro Hourly | 0.0000 | $0.00 | $0.00 | $405.91 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $0.00 | $200.00 | $0.00 | $0.00 |
| 401k Roth Prcnt | No | $134.62 | $2,151.52 | $0.00 | $0.00 |
| Dental1500 | Yes | $12.06 | $241.20 | $0.00 | $0.00 |
| Group Term Life | No | $3.74 | $65.44 | $0.00 | $0.00 |
| Medical Choice | Yes | $68.65 | $1,373.00 | $204.58 | $4,091.60 |
| PremiumDiscount | Yes | ($23.08) | ($369.28) | $0.00 | $0.00 |
| Short Term Disa | No | $22.75 | $417.47 | $0.00 | $0.00 |
| Vision | Yes | $3.34 | $66.80 | $0.00 | $0.00 |
| Vol ADD Employe | No | $7.25 | $138.88 | $0.00 | $0.00 |
| Vol Life Emp | No | $25.43 | $487.12 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $107.69 | $2,082.22 |
| Group ADD | No | $0.00 | $0.00 | $1.48 | $27.26 |
| GTL - Life | No | $0.00 | $0.00 | $11.63 | $213.97 |
| Long Term Disab | No | $0.00 | $0.00 | $10.50 | $192.81 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $282.04 | $5,566.60 |
| Employee Medicare | $38.21 | $761.55 |
| Social Security Employee Tax | $163.37 | $3,256.28 |
| LA State Income Tax | $89.64 | $1,698.40 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 4.6200 | 44.3900 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxx3269 | Checking | $1,884.18 |
| Total | | $1,884.18 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,712.20 | $2,635.08 | $573.26 | $254.76 | $1,884.18 |
| YTD | $62,554.60 | $52,320.67 | $11,282.83 | $4,772.15 | $46,499.62 |

# ASSETGUARD

Asset Guard Products, Inc.
301 E 18th St
Cisco, TX 76437
817-850-3600

| Pay Statement | |
|---|---|
| Period Start Date | 09/03/2023 |
| Period End Date | 09/16/2023 |
| Pay Date | 09/22/2023 |
| Document | 3757 |
| Net Pay | $1,868.92 |

## Pay Details

Naomi Richard
5212 Carnifix Ct.
Baton Rouge, LA 70817
USA

| | | | |
|---|---|---|---|
| Employee Number | 132546 | Pay Group | 00AGPI Biweekly |
| SSN | | Location | Louisiana |
| Job | Coordinator, Proc Solut | Cost Ctr/Cod | 1009 - Asset Guard Products, Inc |
| Pay Rate | $33.65 | Department | 1908 - Central Op Support |
| Pay Frequency | Biweekly | GL Cost Grp | 3 - Employees-G&A-7300 |
| | | GL Company | 0AGPI - Asset Guard Products Inc |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Group Term Life | | | $3.74 | $61.70 |
| Holiday | 8.0000 | $33.65 | $269.23 | $1,248.00 |
| Overtime-Salary | 0.0000 | $0.00 | $0.00 | $4,117.56 |
| Paid Time Off | 0.0000 | $0.00 | $0.00 | $2,434.30 |
| Phone Stipend | | | $16.15 | $306.85 |
| Regular Pay | 72.0000 | $33.65 | $2,423.08 | $42,868.87 |
| Reimbursement | 0.0000 | $0.00 | $0.00 | $8,399.21 |
| Retro Hourly | 0.0000 | $0.00 | $0.00 | $405.91 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $0.00 | $200.00 | $0.00 | $0.00 |
| 401k Roth Prcnt | No | $134.62 | $2,016.90 | $0.00 | $0.00 |
| Dental1500 | Yes | $12.06 | $229.14 | $0.00 | $0.00 |
| Group Term Life | No | $3.74 | $61.70 | $0.00 | $0.00 |
| Medical Choice | Yes | $68.65 | $1,304.35 | $204.58 | $3,887.02 |
| PremiumDiscount | Yes | $0.00 | ($346.20) | $0.00 | $0.00 |
| Short Term Disa | No | $22.75 | $394.72 | $0.00 | $0.00 |
| Vision | Yes | $3.34 | $63.46 | $0.00 | $0.00 |
| Vol ADD Employe | No | $7.25 | $131.62 | $0.00 | $0.00 |
| Vol Life Emp | No | $25.43 | $461.69 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $107.69 | $1,974.53 |
| Group ADD | No | $0.00 | $0.00 | $1.48 | $25.78 |
| GTL - Life | No | $0.00 | $0.00 | $11.63 | $202.34 |
| Long Term Disab | No | $0.00 | $0.00 | $10.50 | $182.31 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $276.97 | $5,284.56 |
| Employee Medicare | $37.87 | $723.34 |
| Social Security Employee Tax | $161.95 | $3,092.91 |
| LA State Income Tax | $88.65 | $1,608.76 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 4.6200 | 39.7700 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxx3269 | Checking | $1,868.92 |
| Total | | $1,868.92 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,712.20 | $2,612.00 | $565.44 | $277.84 | $1,868.92 |
| YTD | $59,842.40 | $49,685.59 | $10,709.57 | $4,517.38 | $44,615.45 |

# ASSETGUARD

Asset Guard Products, Inc.
301 E 18th St
Cisco, TX 76437
817-850-3600

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/20/2023 |
| Period End Date | 09/02/2023 |
| Pay Date | 09/08/2023 |
| Document | 3703 |
| Net Pay | $1,868.92 |

## Pay Details

Naomi Richard
5212 Carnifix Ct.
Baton Rouge, LA 70817
USA

| | | | |
|---|---|---|---|
| Employee Number | 132546 | Pay Group | 00AGPI Biweekly |
| SSN | | Location | Louisiana |
| Job | Coordinator, Proc Solut | Cost Ctr/Cod | 1009 - Asset Guard Products, Inc |
| Pay Rate | $33.65 | Department | 1908 - Central Op Support |
| Pay Frequency | Biweekly | GL Cost Grp | 3 - Employees-G&A-7300 |
| | | GL Company | 0AGPI - Asset Guard Products Inc |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Group Term Life | | | $3.74 | $57.96 |
| Holiday | 0.0000 | $0.00 | $0.00 | $978.77 |
| Overtime-Salary | 0.0000 | $0.00 | $0.00 | $4,117.56 |
| Paid Time Off | 0.0000 | $0.00 | $0.00 | $2,434.30 |
| Phone Stipend | | | $16.15 | $290.70 |
| Regular Pay | 80.0000 | $33.65 | $2,692.31 | $40,445.79 |
| Reimbursement | 0.0000 | $0.00 | $0.00 | $8,399.21 |
| Retro Hourly | 0.0000 | $0.00 | $0.00 | $405.91 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $0.00 | $200.00 | $0.00 | $0.00 |
| 401k Roth Prcnt | No | $134.62 | $1,882.28 | $0.00 | $0.00 |
| Dental1500 | Yes | $12.06 | $217.08 | $0.00 | $0.00 |
| Group Term Life | No | $3.74 | $57.96 | $0.00 | $0.00 |
| Medical Choice | Yes | $68.65 | $1,235.70 | $204.58 | $3,682.44 |
| PremiumDiscount | Yes | $0.00 | ($346.20) | $0.00 | $0.00 |
| Short Term Disa | No | $22.75 | $371.97 | $0.00 | $0.00 |
| Vision | Yes | $3.34 | $60.12 | $0.00 | $0.00 |
| Vol ADD Employe | No | $7.25 | $124.38 | $0.00 | $0.00 |
| Vol Life Emp | No | $25.43 | $436.26 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $107.69 | $1,866.84 |
| Group ADD | No | $0.00 | $0.00 | $1.48 | $24.30 |
| GTL - Life | No | $0.00 | $0.00 | $11.63 | $190.71 |
| Long Term Disab | No | $0.00 | $0.00 | $10.50 | $171.81 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $278.97 | $5,007.59 |
| Employee Medicare | $37.88 | $685.47 |
| Social Security Employee Tax | $161.94 | $2,930.96 |
| LA State Income Tax | $86.65 | $1,520.11 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 4.6200 | 35.1500 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxx3269 | Checking | $1,868.92 |
| Total | | $1,868.92 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,712.20 | $2,612.00 | $565.44 | $277.84 | $1,868.92 |
| YTD | $57,130.20 | $47,073.59 | $10,144.13 | $4,239.55 | $42,746.52 |

# ASSETGUARD

Asset Guard Products, Inc.
301 E 18th St
Cisco, TX 76437
817-850-3600

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/06/2023 |
| Period End Date | 08/19/2023 |
| Pay Date | 08/25/2023 |
| Document | 3650 |
| Net Pay | $2,933.38 |

## Pay Details

Naomi Richard
5212 Camifix Ct.
Baton Rouge, LA 70817
USA

| | | | |
|---|---|---|---|
| Employee Number | 132546 | Pay Group | 00AGPI Biweekly |
| SSN | | Location | Louisiana |
| Job | Coordinator, Proc Solut | Cost Ctr/Cod | 1009 - Asset Guard Products, Inc |
| Pay Rate | $33.65 | Department | 1908 - Central Op Support |
| Pay Frequency | Biweekly | GL Cost Grp | 3 - Employees-G&A-7300 |
| | | GL Company | 0AGPI - Asset Guard Products Inc |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Group Term Life | | | $3.74 | $54.22 |
| Holiday | 0.0000 | $0.00 | $0.00 | $978.77 |
| Overtime-Salary | 0.0000 | $0.00 | $0.00 | $4,117.56 |
| Paid Time Off | 0.0000 | $0.00 | $0.00 | $2,434.30 |
| Phone Stipend | | | $16.15 | $274.55 |
| Regular Pay | 80.0000 | $33.65 | $2,692.31 | $37,753.48 |
| Reimbursement | | | $1,064.46 | $8,399.21 |
| Retro Hourly | 0.0000 | $0.00 | $0.00 | $405.91 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $0.00 | $200.00 | $0.00 | $0.00 |
| 401k Roth Prcnt | No | $134.62 | $1,747.66 | $0.00 | $0.00 |
| Dental1500 | Yes | $12.06 | $205.02 | $0.00 | $0.00 |
| Group Term Life | No | $3.74 | $54.22 | $0.00 | $0.00 |
| Medical Choice | Yes | $68.65 | $1,167.05 | $204.58 | $3,477.86 |
| PremiumDiscount | Yes | $0.00 | ($346.20) | $0.00 | $0.00 |
| Short Term Disa | No | $22.75 | $349.22 | $0.00 | $0.00 |
| Vision | Yes | $3.34 | $56.78 | $0.00 | $0.00 |
| Vol ADD Employe | No | $7.25 | $117.12 | $0.00 | $0.00 |
| Vol Life Emp | No | $25.43 | $410.83 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $107.69 | $1,759.15 |
| Group ADD | No | $0.00 | $0.00 | $1.48 | $22.82 |
| GTL - Life | No | $0.00 | $0.00 | $11.63 | $179.08 |
| Long Term Disab | No | $0.00 | $0.00 | $10.50 | $161.31 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $276.97 | $4,730.62 |
| Employee Medicare | $37.87 | $647.59 |
| Social Security Employee Tax | $161.95 | $2,769.02 |
| LA State Income Tax | $88.65 | $1,431.46 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 4.6200 | 30.5300 |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxx3269 | Checking | $2,933.38 |
| Total | | $2,933.38 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,776.66 | $2,612.00 | $565.44 | $277.84 | $2,933.38 |
| YTD | $54,418.00 | $44,461.59 | $9,578.69 | $3,961.70 | $40,877.61 |

# ASSETGUARD

Asset Guard Products, Inc.
301 E 18th St
Cisco, TX 76437
817-850-3600

| | |
|---|---|
| **Pay Statement** | |
| Period Start Date | 07/23/2023 |
| Period End Date | 08/05/2023 |
| Pay Date | 08/11/2023 |
| Document | 3597 |
| Net Pay | $1,868.93 |

## Pay Details

Naomi Richard
5212 Carnifix Ct.
Baton Rouge, LA 70817
USA

| | | | |
|---|---|---|---|
| Employee Number | 132546 | Pay Group | 00AGPI Biweekly |
| SSN | | Location | Louisiana |
| Job | Coordinator, Proc Solut | Cost Ctr/Cod | 1009 - Asset Guard Products, Inc |
| Pay Rate | $33.65 | Department | 1908 - Central Op Support |
| Pay Frequency | Biweekly | GL Cost Grp | 3 - Employees-G&A-7300 |
| | | GL Company | 0AGPI - Asset Guard Products Inc |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Group Term Life | | | $3.74 | $50.48 |
| Holiday | 0.0000 | $0.00 | $0.00 | $978.77 |
| Overtime-Salary | 0.0000 | $0.00 | $0.00 | $4,117.56 |
| Paid Time Off | 8.0000 | $33.65 | $269.23 | $2,434.30 |
| Phone Stipend | | | $16.15 | $258.40 |
| Regular Pay | 72.0000 | $33.65 | $2,423.08 | $35,061.17 |
| Reimbursement | 0.0000 | $0.00 | $0.00 | $7,334.75 |
| Retro Hourly | 0.0000 | $0.00 | $0.00 | $405.91 |

Total Hours  80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $0.00 | $200.00 | $0.00 | $0.00 |
| 401k Roth Prcnt | No | $134.62 | $1,613.04 | $0.00 | $0.00 |
| Dental1500 | Yes | $12.06 | $192.96 | $0.00 | $0.00 |
| Group Term Life | No | $3.74 | $50.48 | $0.00 | $0.00 |
| Medical Choice | Yes | $68.65 | $1,098.40 | $204.58 | $3,273.28 |
| PremiumDiscount | Yes | $0.00 | ($346.20) | $0.00 | $0.00 |
| Short Term Disa | No | $22.75 | $326.47 | $0.00 | $0.00 |
| Vision | Yes | $3.34 | $53.44 | $0.00 | $0.00 |
| Vol ADD Employe | No | $7.25 | $109.88 | $0.00 | $0.00 |
| Vol Life Emp | No | $25.43 | $385.40 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $107.69 | $1,651.46 |
| Group ADD | No | $0.00 | $0.00 | $1.48 | $21.34 |
| GTL - Life | No | $0.00 | $0.00 | $11.63 | $167.45 |
| Long Term Disab | No | $0.00 | $0.00 | $10.50 | $150.81 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $276.97 | $4,453.65 |
| Employee Medicare | $37.87 | $609.72 |
| Social Security Employee Tax | $161.94 | $2,607.07 |
| LA State Income Tax | $88.65 | $1,342.81 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 4.6200 | 25.9100 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxx3269 | Checking | $1,868.93 |
| Total | | $1,868.93 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,712.20 | $2,612.00 | $565.43 | $277.84 | $1,868.93 |
| YTD | $50,641.34 | $41,849.59 | $9,013.25 | $3,683.87 | $37,944.22 |

| | | | | |
|---|---|---|---|---|
| Social Security Employee Tax | | | $163.37 | $2,445.13 |
| LA State Income Tax | | | $39.64 | $1,254.16 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 4.6200 | 29.2900 |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxx3269 | Checking | $1,884.18 |
| Total | | $1,884.18 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,712.20 | $2,635.08 | $573.26 | $254.76 | $1,884.18 |
| YTD | $47,929.14 | $39,237.59 | $8,447.82 | $3,406.02 | $36,075.30 |

# ASSETGUARD

Asset Guard Products, Inc.
301 E 18th St
Cisco, TX 76437
817-850-3600

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/09/2023 |
| Period End Date | 07/22/2023 |
| Pay Date | 07/28/2023 |
| Document | 3540 |
| Net Pay | $1,884.18 |

## Pay Details

Naomi Richard
5212 Carnifix Ct.
Baton Rouge, LA 70817
USA

| | | | |
|---|---|---|---|
| Employee Number | 132546 | Pay Group | 00AGPI Biweekly |
| SSN | | Location | Louisiana |
| Job | Coordinator, Proc Solut | Cost Ctr/Cod | 1009 - Asset Guard Products, Inc |
| Pay Rate | $33.65 | Department | 1908 - Central Op Support |
| Pay Frequency | Biweekly | GL Cost Grp | 3 - Employees-G&A-7300 |
| | | GL Company | 0AGPI - Asset Guard Products Inc |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Group Term Life | | | $3.74 | $46.74 |
| Holiday | 0.0000 | $0.00 | $0.00 | $978.77 |
| Overtime-Salary | 0.0000 | $0.00 | $0.00 | $4,117.56 |
| Paid Time Off | 0.0000 | $0.00 | $0.00 | $2,165.07 |
| Phone Stipend | | | $16.15 | $242.25 |
| Regular Pay | 80.0000 | $33.65 | $2,692.31 | $32,638.09 |
| Reimbursement | 0.0000 | $0.00 | $0.00 | $7,334.75 |
| Retro Hourly | 0.0000 | $0.00 | $0.00 | $405.91 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $0.00 | $200.00 | $0.00 | $0.00 |
| 401k Roth Prcnt | No | $134.62 | $1,478.42 | $0.00 | $0.00 |
| Dental1500 | Yes | $12.06 | $180.90 | $0.00 | $0.00 |
| Group Term Life | No | $3.74 | $46.74 | $0.00 | $0.00 |
| Medical Choice | Yes | $68.65 | $1,029.75 | $204.58 | $3,068.70 |
| PremiumDiscount | Yes | ($23.08) | ($346.20) | $0.00 | $0.00 |
| Short Term Disa | No | $22.75 | $303.72 | $0.00 | $0.00 |
| Vision | Yes | $3.34 | $50.10 | $0.00 | $0.00 |
| Vol ADD Employe | No | $7.25 | $102.62 | $0.00 | $0.00 |
| Vol Life Emp | No | $25.43 | $359.97 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $107.69 | $1,543.77 |
| Group ADD | No | $0.00 | $0.00 | $1.48 | $19.86 |
| GTL - Life | No | $0.00 | $0.00 | $11.63 | $155.82 |
| Long Term Disab | No | $0.00 | $0.00 | $10.50 | $140.31 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $282.04 | $4,176.68 |

# AssetGUARD

Asset Guard Products, Inc.
301 E 18th St
Cisco, TX 76437
817-850-3600

**Pay Statement**

| | |
|---|---|
| Period Start Date | 06/25/2023 |
| Period End Date | 07/08/2023 |
| Pay Date | 07/14/2023 |
| Document | 3487 |
| Net Pay | $3,143.58 |

## Pay Details

Naomi Richard
5212 Camifix Ct.
Baton Rouge, LA 70817
USA

| | | | |
|---|---|---|---|
| Employee Number | 132546 | Pay Group | 00AGPI Biweekly |
| SSN | | Location | Louisiana |
| Job | Coordinator, Proc Solut | Cost Ctr/Cod | 1009 - Asset Guard Products, Inc |
| Pay Rate | $33.65 | Department | 1908 - Central Op Support |
| Pay Frequency | Biweekly | GL Cost Grp | 3 - Employees-G&A-7300 |
| | | GL Company | 0AGPI - Asset Guard Products Inc |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Group Term Life | | | $3.74 | $43.00 |
| Holiday | 8.0000 | $33.65 | $269.23 | $978.77 |
| Overtime-Salary | 0.0000 | $0.00 | $0.00 | $4,117.56 |
| Paid Time Off | 8.0000 | $33.65 | $269.23 | $2,165.07 |
| Phone Stipend | | | $16.15 | $226.10 |
| Regular Pay | 64.0000 | $33.65 | $2,153.85 | $29,945.78 |
| Reimbursement | | | $1,259.41 | $7,334.75 |
| Retro Hourly | 0.0000 | $0.00 | $0.00 | $405.91 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $0.00 | $200.00 | $0.00 | $0.00 |
| 401k Roth Prcnt | No | $134.62 | $1,343.80 | $0.00 | $0.00 |
| Dental1500 | Yes | $12.06 | $168.84 | $0.00 | $0.00 |
| Group Term Life | No | $3.74 | $43.00 | $0.00 | $0.00 |
| Medical Choice | Yes | $68.65 | $961.10 | $204.58 | $2,864.12 |
| PremiumDiscount | Yes | ($23.08) | ($323.12) | $0.00 | $0.00 |
| Short Term Disa | No | $22.75 | $280.97 | $0.00 | $0.00 |
| Vision | Yes | $3.34 | $46.76 | $0.00 | $0.00 |
| Vol ADD Employe | No | $7.25 | $95.38 | $0.00 | $0.00 |
| Vol Life Emp | No | $25.43 | $334.54 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $107.69 | $1,436.08 |
| Group ADD | No | $0.00 | $0.00 | $1.48 | $18.38 |
| GTL - Life | No | $0.00 | $0.00 | $11.63 | $144.19 |
| Long Term Disab | No | $0.00 | $0.00 | $10.50 | $129.81 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $282.04 | $3,894.64 |
| Employee Medicare | $38.21 | $533.64 |
| Social Security Employee Tax | $163.38 | $2,281.76 |
| LA State Income Tax | $89.64 | $1,164.52 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 4.6200 | 24.6700 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxx3269 | Checking | $3,143.58 |
| Total | | $3,143.58 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,971.61 | $2,635.08 | $573.27 | $254.76 | $3,143.58 |
| YTD | $45,216.94 | $36,602.51 | $7,874.56 | $3,151.27 | $34,191.11 |