# amazon FLEX Card

NAOMI JULES RICHARD
5212 Carnifix Ct
Baton Rouge, LA 70817

**STATEMENT PERIOD**
Dec. 28, 2023 to Jan. 27, 2024

**ACCOUNT NUMBER**


## ACCOUNT SUMMARY

| | |
|---|---|
| Beginning Balance on Dec. 28, 2023 | - $1.40 |
| Credits | + $2,877.05 |
| Debits | - $2,531.61 |
| Ending Balance on Jan. 27, 2024 | $344.04 |

## CONTACT US

☎ (855) 676-0678

✉ Customer Support
P.O. Box 5100, Pasadena, CA 91117

Chat or email available by logging into your Amazon Flex Card app

## CASH BACK SUMMARY

| | |
|---|---|
| Gas | $3.81 |
| Amazon.com & Whole Foods | $1.27 |
| Other | $12.68 |
| EV charging | $0.00 |
| Total rewards earned during statement period | $17.76 |

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/28/2023 | cash back reward credit<br>Cash Back Rewards Credit | + $0.11 |
| 12/28/2023 | cash back reward credit<br>Cash Back Rewards Credit | + $0.11 |
| 12/28/2023 | cash back reward credit<br>Cash Back Rewards Credit | + $0.30 |
| 12/29/2023 | RAISING CANES 0371<br>Purchase<br>WALKER US | - $5.49 |
| 12/29/2023 | Disbursement Wages Funding | + $72.00 |
| 12/29/2023 | cash back reward credit<br>Cash Back Rewards Credit | + $0.05 |
| 12/30/2023 | WM SUPERCENTER #2822<br>Purchase<br>WALKER LA | - $15.39 |
| 12/30/2023 | cash back reward credit<br>Cash Back Rewards Credit | + $0.15 |

Banking services provided by Green Dot Bank, Member FDIC

**amazon** FLEX Card

NAOMI JULES RICHARD
5212 Carnifix Ct
Baton Rouge, LA  70817

STATEMENT PERIOD
Dec. 28, 2023 to Jan. 27, 2024

ACCOUNT NUMBER

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/31/2023 | WAFFLE HOUSE<br>Purchase<br>HAMMOND US | - $4.25 |
| 12/31/2023 | cash back reward credit<br>Cash Back Rewards Credit | + $0.04 |
| 1/1/2024 | ORIENTAL PEARL<br>Purchase<br>BATON ROUGE US | - $33.75 |
| 1/1/2024 | Disbursement Wages Funding | + $243.00 |
| 1/1/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.33 |
| 1/1/2024 | 286 - SEPHORA<br>Purchase<br>BATON ROUGE LA | - $45.08 |
| 1/1/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.45 |
| 1/1/2024 | BATH & BODY WORKS 3093<br>Purchase<br>BATON ROUGE LA | - $26.17 |
| 1/1/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.26 |
| 1/1/2024 | SHELL SERVICE STATION<br>Purchase<br>BATON ROUGE LA | - $11.47 |
| 1/1/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.22 |
| 1/3/2024 | CIRCLE K 09723<br>Purchase<br>BATON ROUGE LA | - $28.00 |
| 1/3/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.56 |
| 1/3/2024 | WAL Wal-Mart Super 251<br>Purchase<br>BATON ROUGE LA | - $14.27 |
| 1/3/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.14 |
| 1/3/2024 | WM SUPERCENTER #5328<br>Purchase<br>BATON ROUGE LA | - $8.54 |

Banking services provided by Green Dot Bank, Member FDIC

# amazon FLEX Card

NAOMI JULES RICHARD
5212 Carnifix Ct
Baton Rouge, LA  70817

**STATEMENT PERIOD**
Dec. 28, 2023 to Jan. 27, 2024

**ACCOUNT NUMBER**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1/3/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.08 |
| 1/4/2024 | CHICK-FIL-A #00387<br>Purchase<br>225-757-0165 US | - $10.42 |
| 1/4/2024 | CHARLEYS PHILLY STEAKS 69<br>Purchase<br>BATON ROUGE US | - $10.20 |
| 1/4/2024 | AMZN Mktp US*TK2RY4050<br>Purchase<br>Amzn.com/billUS | - $21.95 |
| 1/4/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.43 |
| 1/4/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.10 |
| 1/4/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.10 |
| 1/5/2024 | Disbursement Wages Funding | + $97.50 |
| 1/5/2024 | CIRCLE K 09723<br>Purchase<br>BATON ROUGE LA | - $15.01 |
| 1/5/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.30 |
| 1/6/2024 | PAYPAL *PYPL PAYIN4<br>Purchase<br>888-221-1161 US | - $52.22 |
| 1/6/2024 | RAISING CANES 0015<br>Purchase<br>BATON ROUGE US | - $6.89 |
| 1/6/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.06 |
| 1/6/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.52 |
| 1/7/2024 | RAISING CANES 0055<br>Purchase<br>BATON ROUGE US | - $12.51 |
| 1/7/2024 | McDonalds 38844<br>Purchase<br>122-5291283 US | - $5.16 |

Banking services provided by Green Dot Bank, Member FDIC

# amazon FLEX Card

NAOMI JULES RICHARD
5212 Carnifix Ct
Baton Rouge, LA  70817

**STATEMENT PERIOD**
Dec. 28, 2023 to Jan. 27, 2024

**ACCOUNT NUMBER**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1/7/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.05 |
| 1/7/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.12 |
| 1/8/2024 | ORIENTAL PEARL<br>Purchase<br>BATON ROUGE US | - $40.14 |
| 1/8/2024 | RAISING CANES 0371<br>Purchase<br>WALKER US | - $14.12 |
| 1/8/2024 | LITTLE CAESARS 3412-0069<br>Purchase<br>225-293-5606 US | - $17.56 |
| 1/8/2024 | Disbursement Wages Funding | + $190.50 |
| 1/8/2024 | CHASE CREDIT CRD-EPAY-7220035630<br>Debit | - $50.00 |
| 1/8/2024 | CIRCLE K 09723<br>Purchase<br>BATON ROUGE LA | - $29.01 |
| 1/8/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.58 |
| 1/8/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.17 |
| 1/8/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.14 |
| 1/8/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.40 |
| 1/8/2024 | STARBUCKS 800-782-7282<br>Purchase<br>SEATTLE WA | - $10.00 |
| 1/8/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.10 |
| 1/8/2024 | VENMO*Richard Naomi<br>Deposit<br>New York City NY | + $137.85 |
| 1/9/2024 | MCDONALD'S F23441<br>Purchase<br>BATON ROUGE US | - $8.98 |

Banking services provided by Green Dot Bank, Member FDIC

# amazon FLEX Card

NAOMI JULES RICHARD
5212 Carnifix Ct
Baton Rouge, LA 70817

**STATEMENT PERIOD**
Dec. 28, 2023 to Jan. 27, 2024

**ACCOUNT NUMBER**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1/9/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.08 |
| 1/10/2024 | VENMO *SOUTHWEST AIRL<br>Purchase<br>855-812-4430 US | - $8.00 |
| 1/10/2024 | SQ *DICKEYS LOVE FIELD JV<br>Purchase<br>Dallas US | - $19.92 |
| 1/10/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.19 |
| 1/10/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.08 |
| 1/10/2024 | HUDSONNEWS ST1121<br>Purchase<br>IRVING TX | - $11.29 |
| 1/10/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.11 |
| 1/10/2024 | NEWS EAST ST2501<br>Purchase<br>DALLAS TX | - $4.21 |
| 1/10/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.04 |
| 1/11/2024 | MSY N.O. AVD SHOP<br>Purchase<br>KENNER US | - $10.56 |
| 1/11/2024 | DOUBLETREE DALLAS DFW AIR<br>Purchase<br>IRVING US | - $24.90 |
| 1/11/2024 | NEW ORLEANS AIRPORT<br>Purchase<br>KENNER US | - $8.86 |
| 1/11/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.08 |
| 1/11/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.24 |
| 1/11/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.10 |
| 1/12/2024 | ZSK*CE ANDRETTIS DLS P<br>Purchase<br>THE COLONY US | - $22.87 |

Banking services provided by Green Dot Bank, Member FDIC

**amazon FLEX Card**

NAOMI JULES RICHARD
5212 Carnifix Ct
Baton Rouge, LA  70817

STATEMENT PERIOD
Dec. 28, 2023 to Jan. 27, 2024

ACCOUNT NUMBER

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1/12/2024 | ZSK*CE ANDRETTIS DLS P<br>Purchase<br>THE COLONY US | - $12.29 |
| 1/12/2024 | Disbursement Wages Funding | + $108.00 |
| 1/12/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.12 |
| 1/12/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.22 |
| 1/13/2024 | CHILIS DLF<br>Purchase<br>DALLAS US | - $20.36 |
| 1/13/2024 | NEW SOUTH PARKING SYSTEMS<br>Purchase<br>KENNER US | - $60.00 |
| 1/13/2024 | CHILIS DLF<br>Purchase<br>DALLAS US | - $14.45 |
| 1/13/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.14 |
| 1/13/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.20 |
| 1/13/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.60 |
| 1/13/2024 | VENMO*<br>Purchase<br>Visa Direct NY | - $22.00 |
| 1/14/2024 | VENMO*<br>Purchase<br>Visa Direct NY | - $11.00 |
| 1/15/2024 | TST* CC'S COFFEE HOUSE -<br>Purchase<br>225-752-7170 US | - $18.49 |
| 1/15/2024 | AMC 0463 BATON ROUGE 1<br>Purchase<br>BATON ROUGE US | - $31.84 |
| 1/15/2024 | McDonalds 10548<br>Purchase<br>122-5753913 US | - $5.37 |

Banking services provided by Green Dot Bank, Member FDIC

**amazon** FLEX Card

NAOMI JULES RICHARD
5212 Carnifix Ct
Baton Rouge, LA 70817

**STATEMENT PERIOD**
Dec. 28, 2023 to Jan. 27, 2024

**ACCOUNT NUMBER**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1/15/2024 | Disbursement Wages Funding | + $81.00 |
| 1/15/2024 | RACETRAC360<br>Purchase<br>BATON ROUGE LA | - $2.19 |
| 1/15/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.04 |
| 1/15/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.05 |
| 1/15/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.31 |
| 1/15/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.18 |
| 1/15/2024 | ALBERTSONS #3713<br>Purchase<br>BATON ROUGE LA | - $66.33 |
| 1/15/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.66 |
| 1/16/2024 | JACK IN THE BOX 6322<br>Purchase<br>225-791-1594 US | - $6.40 |
| 1/16/2024 | McDonalds 14553<br>Purchase<br>122-5665282 US | - $2.08 |
| 1/16/2024 | Disbursement Wages Funding | + $85.50 |
| 1/16/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.06 |
| 1/16/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.02 |
| 1/16/2024 | WM SUPERCENTER #2822<br>Purchase<br>WALKER LA | - $78.81 |
| 1/16/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.78 |
| 1/17/2024 | AMZN Mktp US*RT69W5BL1<br>Purchase<br>Amzn.com/billUS | - $7.14 |

Banking services provided by Green Dot Bank, Member FDIC

# amazon FLEX Card

NAOMI JULES RICHARD
5212 Carnifix Ct
Baton Rouge, LA 70817

**STATEMENT PERIOD**
Dec. 28, 2023 to Jan. 27, 2024

**ACCOUNT NUMBER**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1/17/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.14 |
| 1/17/2024 | CIRCLE K 09723<br>Purchase<br>BATON ROUGE LA | - $4.41 |
| 1/17/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.08 |
| 1/18/2024 | Disbursement Wages Funding | + $124.50 |
| 1/18/2024 | CIRCLE K 09723<br>Purchase<br>BATON ROUGE LA | - $28.00 |
| 1/18/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.56 |
| 1/18/2024 | RACETRAC2463<br>Purchase<br>SORRENTO LA | - $2.17 |
| 1/18/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.04 |
| 1/18/2024 | ALBERTSONS #3713<br>Purchase<br>BATON ROUGE LA | - $79.81 |
| 1/18/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.79 |
| 1/19/2024 | JACK IN THE BOX 6322<br>Refund<br>225-791-1594 US | + $6.40 |
| 1/19/2024 | ALL MY SONS BATON ROUGE<br>Refund<br>8557523246 US | + $100.00 |
| 1/19/2024 | Disbursement Wages Funding | + $91.50 |
| 1/20/2024 | McDonalds 10548<br>Purchase<br>122-5753913 US | - $10.38 |
| 1/20/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.10 |
| 1/20/2024 | WALGREENS#03-A5<br>ATM Withdrawal<br>BATON ROUGE LA | - $100.00 |

Banking services provided by Green Dot Bank, Member FDIC

# amazon FLEX Card

NAOMI JULES RICHARD
5212 Carnifix Ct
Baton Rouge, LA  70817

**STATEMENT PERIOD**
Dec. 28, 2023 to Jan. 27, 2024

**ACCOUNT NUMBER**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1/20/2024 | CASH APP*NAOMI RICHARD<br>Deposit<br>San Francisco CA | + $32.42 |
| 1/20/2024 | VENMO*<br>Purchase<br>Visa Direct NY | - $31.00 |
| 1/20/2024 | CASH APP*NAOMI RICHARD<br>Deposit<br>San Francisco CA | + $14.74 |
| 1/21/2024 | PAYPAL *PYPL PAYIN4<br>Purchase<br>888-221-1161 US | - $52.22 |
| 1/21/2024 | POPEYES 3125<br>Purchase<br>BATON ROUGE US | - $17.02 |
| 1/21/2024 | AMZN Mktp US*R08N40OM0<br>Purchase<br>Amzn.com/billUS | - $10.98 |
| 1/21/2024 | CIRCLE K 09723<br>Purchase<br>BATON ROUGE US | - $1.86 |
| 1/21/2024 | MCDONALD'S F10548<br>Purchase<br>BATON ROUGE US | - $9.44 |
| 1/21/2024 | CIRCLE K 09734<br>Purchase<br>WALKER LA | - $28.08 |
| 1/21/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.56 |
| 1/21/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.01 |
| 1/21/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.21 |
| 1/21/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.52 |
| 1/21/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.17 |
| 1/21/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.09 |



NAOMI JULES RICHARD
5212 Carnifix Ct
Baton Rouge, LA  70817

**STATEMENT PERIOD**
Dec. 28, 2023 to Jan. 27, 2024

**ACCOUNT NUMBER**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1/21/2024 | CARTER'S SUPERMARKET<br>Purchase<br>WALKER LA | - $10.33 |
| 1/21/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.10 |
| 1/22/2024 | CHICK-FIL-A #01858<br>Purchase<br>225-272-4049 US | - $24.09 |
| 1/22/2024 | Disbursement Wages Funding | + $298.50 |
| 1/22/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.24 |
| 1/22/2024 | VENMO*<br>Purchase<br>Visa Direct NY | - $30.00 |
| 1/23/2024 | McDonalds 10548<br>Purchase<br>122-5753913 US | - $18.09 |
| 1/23/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.18 |
| 1/23/2024 | WAL Wal-Mart Super 351<br>Purchase<br>BATON ROUGE LA | - $13.85 |
| 1/23/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.13 |
| 1/24/2024 | Amazon.com*R80ZP38E1<br>Purchase<br>Amzn.com/billUS | - $15.38 |
| 1/24/2024 | AMZN Mktp US*R851A2KD2<br>Purchase<br>Amzn.com/billUS | - $9.88 |
| 1/24/2024 | WM SUPERCENTER #1266<br>Purchase<br>225-751-3505 US | - $113.40 |
| 1/24/2024 | RACETRAC2487<br>Purchase<br>ADDIS LA | - $5.78 |
| 1/24/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $1.13 |

# amazon FLEX Card

NAOMI JULES RICHARD
5212 Carnifix Ct
Baton Rouge, LA 70817

**STATEMENT PERIOD**
Dec. 28, 2023 to Jan. 27, 2024

**ACCOUNT NUMBER**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1/24/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.19 |
| 1/24/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.30 |
| 1/24/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.11 |
| 1/24/2024 | RACETRAC360<br>Purchase<br>BATON ROUGE LA | - $5.55 |
| 1/24/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.11 |
| 1/25/2024 | VENMO<br>Purchase<br>NEW YORK US | - $30.00 |
| 1/25/2024 | VENMO *PAPA JOHN'S #1176<br>Purchase<br>855-812-4430 US | - $38.08 |
| 1/25/2024 | POPEYES 3125<br>Purchase<br>https://prod.US | - $12.08 |
| 1/25/2024 | Disbursement Wages Funding | + $237.50 |
| 1/25/2024 | CIRCLE K 09723<br>Purchase<br>BATON ROUGE LA | - $25.00 |
| 1/25/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.50 |
| 1/25/2024 | RACETRAC2352<br>Purchase<br>PRAIRIEVILLE LA | - $5.75 |
| 1/25/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.11 |
| 1/25/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.12 |
| 1/25/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.38 |
| 1/25/2024 | RALPHS MARKET<br>Purchase<br>GONZALES LA | - $38.64 |



NAOMI JULES RICHARD
5212 Carnifix Ct
Baton Rouge, LA 70817

**STATEMENT PERIOD**
Dec. 28, 2023 to Jan. 27, 2024

**ACCOUNT NUMBER**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1/25/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.38 |
| 1/26/2024 | PAYPAL *UBER<br>Purchase<br>SAN JOSE US | - $30.01 |
| 1/26/2024 | Disbursement Wages Funding | + $117.00 |
| 1/26/2024 | RACETRAC360<br>Purchase<br>BATON ROUGE LA | - $2.19 |
| 1/26/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.04 |
| 1/26/2024 | cash back reward credit<br>Cash Back Rewards Credit | + $0.30 |
| 1/26/2024 | VENMO*Richard Naomi<br>Deposit<br>New York City NY | + $84.50 |
| 1/26/2024 | VENMO *Lauren Gautier<br>Purchase<br>Visa Direct NY | - $10.00 |
| 1/27/2024 | CASH APP*NAOMI RICHARD<br>Deposit<br>San Francisco CA | + $736.88 |
| 1/27/2024 | WALGREENS#03-A5<br>ATM Withdrawal<br>BATON ROUGE LA | - $400.00 |
| 1/27/2024 | WALGREENS#03-A5<br>ATM Withdrawal<br>BATON ROUGE LA | - $100.00 |
| 1/27/2024 | VENMO *Lauren Gautier<br>Purchase<br>Visa Direct NY | - $250.00 |
| 1/28/2024 | USPS CHANGE OF ADDRESS<br>Purchase<br>800-238-3150 US | - $1.10 |
| 1/28/2024 | USPS CHANGE OF ADDRESS<br>Purchase<br>800-238-3150 US | - $1.10 |

Banking services provided by Green Dot Bank, Member FDIC

# amazon FLEX Card

NAOMI JULES RICHARD
5212 Carnifix Ct
Baton Rouge, LA 70817

**STATEMENT PERIOD**
Nov. 28, 2023 to Dec. 27, 2023

**ACCOUNT NUMBER**


## ACCOUNT SUMMARY

| | |
|---|---:|
| Beginning Balance on Nov. 28, 2023 | $0.00 |
| Credits | + $1,534.50 |
| Debits | - $1,535.90 |
| Ending Balance on Dec. 27, 2023 | - $1.40 |

## CONTACT US

(855) 676-0678

Customer Support
P.O. Box 5100, Pasadena, CA 91117

Chat or email available by logging into your Amazon Flex Card app

## CASH BACK SUMMARY

| | |
|---|---:|
| Gas | $0.64 |
| Amazon.com & Whole Foods | $0.35 |
| Other | $3.89 |
| EV charging | $0.00 |
| Total rewards earned during statement period | $4.88 |

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 11/29/2023 | Disbursement Wages Funding | + $63.00 |
| 11/30/2023 | Disbursement Wages Funding | + $81.00 |
| 12/2/2023 | Subway 11572<br>Purchase<br>122-57525050 US | - $11.99 |
| 12/2/2023 | WAL-MART #1266<br>Purchase<br>BATON ROUGE US | - $87.11 |
| 12/4/2023 | JERSEY MIKES ONLINE ORDE<br>Purchase<br>732-223-4044 US | - $13.64 |
| 12/4/2023 | Disbursement Wages Funding | + $86.00 |
| 12/4/2023 | WM SUPERCENTER #2822<br>Purchase<br>WALKER LA | - $5.70 |

Banking services provided by Green Dot Bank, Member FDIC

**amazon** FLEX Card

NAOMI JULES RICHARD
5212 Carnifix Ct
Baton Rouge, LA 70817

STATEMENT PERIOD
Nov. 28, 2023 to Dec. 27, 2023

ACCOUNT NUMBER

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/4/2023 | CIRCLE K 09723<br>Purchase<br>BATON ROUGE LA | - $10.00 |
| 12/4/2023 | SHELL SERVICE STATION<br>Purchase<br>ALBANY LA | - $2.59 |
| 12/5/2023 | DD *STORE7BREWCOFFEE<br>Purchase<br>WWW.DOORDASH.US | - $17.27 |
| 12/5/2023 | CHASE CREDIT CRD-EPAY-7146406663<br>Debit | - $70.00 |
| 12/5/2023 | Disbursement Wages Funding | + $101.50 |
| 12/5/2023 | HIT N RUN #4<br>Purchase<br>WALKER LA | - $20.00 |
| 12/5/2023 | FAMILY DOLLAR<br>Purchase<br>BATON ROUGE LA | - $20.71 |
| 12/5/2023 | Payfare/DoorDash-Deposit-c5-4eb6151f4920<br>Deposit | + $3.88 |
| 12/6/2023 | Disbursement Wages Funding | + $98.00 |
| 12/6/2023 | ALBERTSONS #3713<br>Purchase<br>BATON ROUGE LA | - $13.47 |
| 12/6/2023 | STINE - WALKER<br>Purchase<br>WALKER LA | - $106.21 |
| 12/7/2023 | McDonalds 23441<br>Purchase<br>122-5754740 US | - $9.97 |
| 12/8/2023 | JACK IN THE BOX 6322<br>Purchase<br>WALKER US | - $9.65 |
| 12/8/2023 | TST* CC'S COFFEE HOUSE -<br>Purchase<br>225-752-7170 US | - $17.49 |
| 12/8/2023 | Disbursement Wages Funding | + $146.50 |

Banking services provided by Green Dot Bank, Member FDIC

Page 2 of 9

# amazon FLEX Card

NAOMI JULES RICHARD
5212 Carnifix Ct
Baton Rouge, LA 70817

STATEMENT PERIOD
Nov. 28, 2023 to Dec. 27, 2023

ACCOUNT NUMBER

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/8/2023 | BATH & BODY WORKS 3093<br>Purchase<br>BATON ROUGE LA | - $16.33 |
| 12/8/2023 | PETSMART # 1878<br>Purchase<br>BATON ROUGE LA | - $24.18 |
| 12/8/2023 | CIRCLE K 09723<br>Purchase<br>BATON ROUGE LA | - $26.18 |
| 12/9/2023 | Subway 36174<br>Purchase<br>150-44521609 US | - $5.85 |
| 12/9/2023 | MCDONALD'S F14553<br>Purchase<br>WALKER US | - $5.26 |
| 12/9/2023 | CIRCLE K 09723<br>Purchase<br>BATON ROUGE US | - $3.72 |
| 12/10/2023 | GREAT AMERICAN COOKIE<br>Purchase<br>BATON ROUGE US | - $8.00 |
| 12/10/2023 | JACK IN THE BOX 6318<br>Purchase<br>225-647-6106 US | - $2.71 |
| 12/10/2023 | THE UPS STORE 2305<br>Purchase<br>225-7560686 US | - $3.24 |
| 12/10/2023 | MCDONALD'S F10548<br>Purchase<br>BATON ROUGE US | - $3.39 |
| 12/10/2023 | CIRCLE K 09723<br>Purchase<br>BATON ROUGE LA | - $0.30 |
| 12/11/2023 | JACK IN THE BOX 6322<br>Purchase<br>225-791-1594 US | - $10.75 |
| 12/11/2023 | JACK IN THE BOX 6309<br>Purchase<br>225-293-0602 US | - $9.97 |

Banking services provided by Green Dot Bank, Member FDIC


amazon FLEX Card

NAOMI JULES RICHARD
5212 Carnifix Ct
Baton Rouge, LA  70817

STATEMENT PERIOD
Nov. 28, 2023 to Dec. 27, 2023

ACCOUNT NUMBER

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/11/2023 | CHICK-FIL-A #01858<br>Purchase<br>225-272-4049 US | - $15.55 |
| 12/11/2023 | CSC SERVICEWORK<br>Purchase<br>BATON ROUGE US | - $2.00 |
| 12/11/2023 | JACK IN THE BOX 6318<br>Purchase<br>225-647-6106 US | - $10.66 |
| 12/11/2023 | Disbursement Wages Funding | + $210.00 |
| 12/11/2023 | VENMO*<br>Purchase<br>Visa Direct NY | - $124.00 |
| 12/11/2023 | ALBERTSONS #3713<br>Purchase<br>BATON ROUGE LA | - $45.23 |
| 12/11/2023 | CIRCLE K 07679<br>Purchase<br>ZACHARY LA | - $10.52 |
| 12/12/2023 | Disbursement Wages Funding | + $146.50 |
| 12/13/2023 | RAISING CANES 0371<br>Purchase<br>WALKER US | - $15.99 |
| 12/14/2023 | Subway 11572<br>Purchase<br>122-57525050 US | - $9.74 |
| 12/14/2023 | JASON'S DELI BRS 066<br>Purchase<br>409-838-1976 US | - $40.00 |
| 12/14/2023 | JACK IN THE BOX 6309<br>Purchase<br>225-293-0602 US | - $10.75 |
| 12/15/2023 | JACK IN THE BOX 6309<br>Refund<br>225-293-0602 US | + $10.75 |
| 12/16/2023 | ALL MY SONS BATON ROUGE<br>Purchase<br>855-752-3246 US | - $100.00 |

Banking services provided by Green Dot Bank, Member FDIC

amazon FLEX Card

NAOMI JULES RICHARD
5212 Carnifix Ct
Baton Rouge, LA 70817

STATEMENT PERIOD
Nov. 28, 2023 to Dec. 27, 2023

ACCOUNT NUMBER

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/16/2023 | RACETRAC2487<br>Purchase<br>ADDIS LA | - $4.38 |
| 12/17/2023 | SHELL SERVICE STATION<br>Purchase<br>DENHAM SPRING LA | - $3.54 |
| 12/18/2023 | MCDONALD'S F22350<br>Purchase<br>SORRENTO US | - $5.86 |
| 12/18/2023 | Disbursement Wages Funding | + $251.00 |
| 12/18/2023 | STARBUCKS 800-782-7282<br>Purchase<br>SEATTLE WA | - $15.00 |
| 12/18/2023 | CNSCBANKCARD.SERVIC961<br>Purchase<br>BROOKLYN PARK MN | - $65.97 |
| 12/19/2023 | Disbursement Wages Funding | + $108.00 |
| 12/19/2023 | STARBUCKS 800-782-7282<br>Purchase<br>SEATTLE WA | - $15.00 |
| 12/19/2023 | cash back reward credit<br>Cash Back Rewards Credit | + $0.15 |
| 12/19/2023 | Walmart.com<br>Purchase<br>Bentonville AR | - $6.00 |
| 12/19/2023 | cash back reward credit<br>Cash Back Rewards Credit | + $0.06 |
| 12/19/2023 | Walmart.com<br>Purchase<br>Bentonville AR | - $14.63 |
| 12/19/2023 | cash back reward credit<br>Cash Back Rewards Credit | + $0.14 |
| 12/19/2023 | CALVIN'SA BOCAGE MARKE<br>Purchase<br>BATON ROUGE LA | - $27.88 |
| 12/19/2023 | cash back reward credit<br>Cash Back Rewards Credit | + $0.27 |

Banking services provided by Green Dot Bank, Member FDIC

**amazon** FLEX Card

NAOMI JULES RICHARD
5212 Carnifix Ct
Baton Rouge, LA 70817

STATEMENT PERIOD
Nov. 28, 2023 to Dec. 27, 2023

ACCOUNT NUMBER

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/20/2023 | AMZN Mktp US*GC7787FZ3<br>Purchase<br>Amzn.com/billUS | - $17.58 |
| 12/20/2023 | cash back reward credit<br>Cash Back Rewards Credit | + $0.35 |
| 12/20/2023 | SHELL SERVICE STATION<br>Purchase<br>DENHAM SPRING LA | - $32.00 |
| 12/20/2023 | cash back reward credit<br>Cash Back Rewards Credit | + $0.64 |
| 12/20/2023 | TARGET T-2089<br>Purchase<br>Baton Rouge LA | - $84.61 |
| 12/20/2023 | cash back reward credit<br>Cash Back Rewards Credit | + $0.84 |
| 12/21/2023 | JACK IN THE BOX 6309<br>Purchase<br>225-293-0602 US | - $9.97 |
| 12/21/2023 | SAMSCLUB #6527<br>Purchase<br>BATON ROUGE US | - $18.60 |
| 12/21/2023 | CIRCLE K 09723<br>Purchase<br>BATON ROUGE US | - $5.73 |
| 12/21/2023 | PICCADILLY BRJC<br>Purchase<br>225-6479002 US | - $19.41 |
| 12/21/2023 | Disbursement Wages Funding | + $75.00 |
| 12/21/2023 | cash back reward credit<br>Cash Back Rewards Credit | + $0.19 |
| 12/21/2023 | cash back reward credit<br>Cash Back Rewards Credit | + $0.05 |
| 12/21/2023 | cash back reward credit<br>Cash Back Rewards Credit | + $0.09 |
| 12/21/2023 | cash back reward credit<br>Cash Back Rewards Credit | + $0.18 |
| 12/21/2023 | NNT BASS PRO STORE 001<br>Purchase<br>DENHAM SPRING LA | - $50.00 |

Banking services provided by Green Dot Bank, Member FDIC

amazon FLEX Card

NAOMI JULES RICHARD
5212 Carnifix Ct
Baton Rouge, LA 70817

STATEMENT PERIOD
Nov. 28, 2023 to Dec. 27, 2023

ACCOUNT NUMBER


| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/21/2023 | cash back reward credit<br>Cash Back Rewards Credit | + $0.50 |
| 12/22/2023 | McDonalds 7132<br>Purchase<br>122-5791828 US | - $2.19 |
| 12/22/2023 | TARGET 00020891<br>Refund<br>BATON ROUGE US | + $32.99 |
| 12/22/2023 | WM SUPERCENTER #1266<br>Purchase<br>BATON ROUGE LA | - $27.72 |
| 12/22/2023 | cash back reward credit<br>Cash Back Rewards Credit | + $0.27 |
| 12/22/2023 | cash back reward credit<br>Cash Back Rewards Credit | + $0.02 |
| 12/22/2023 | WALGREENS#03-A5<br>ATM Withdrawal<br>BATON ROUGE LA | - $20.00 |
| 12/23/2023 | ARBYS 7275<br>Purchase<br>DENHAM SPRINGUS | - $11.59 |
| 12/23/2023 | cash back reward credit<br>Cash Back Rewards Credit | + $0.11 |
| 12/24/2023 | McDonalds 23441<br>Purchase<br>122-5754740 US | - $12.41 |
| 12/24/2023 | cash back reward credit<br>Cash Back Rewards Credit | + $0.12 |
| 12/25/2023 | TST* CC'S COFFEE HOUSE -<br>Purchase<br>225-752-7170 US | - $17.61 |
| 12/25/2023 | BURGER KING #6783<br>Purchase<br>BATON ROUGE US | - $6.68 |
| 12/25/2023 | Disbursement Wages Funding | + $76.00 |
| 12/25/2023 | cash back reward credit<br>Cash Back Rewards Credit | + $0.06 |
| 12/25/2023 | cash back reward credit<br>Cash Back Rewards Credit | + $0.17 |

Banking services provided by Green Dot Bank, Member FDIC

amazon | Card

NAOMI JULES RICHARD
5212 Carnifix Ct
Baton Rouge, LA 70817

STATEMENT PERIOD
Nov. 28, 2023 to Dec. 27, 2023

ACCOUNT NUMBER

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/25/2023 | VENMO*Richard Naomi<br>Deposit<br>New York City NY | + $39.50 |
| 12/26/2023 | PETSMART # 1078<br>Purchase<br>BATON ROUGE LA | - $22.78 |
| 12/26/2023 | cash back reward credit<br>Cash Back Rewards Credit | + $0.22 |
| 12/27/2023 | WH #2317 GEORGE ONEAL<br>Purchase<br>HTTPSORDER.WAUS | - $45.00 |
| 12/27/2023 | cash back reward credit<br>Cash Back Rewards Credit | + $0.45 |
| 12/28/2023 | ME-BATON ROUGE-MICROS<br>Purchase<br>BATON ROUGE US | - $30.98 |
| 12/28/2023 | ME-BATON ROUGE-MICROS<br>Purchase<br>BATON ROUGE US | - $11.33 |
| 12/28/2023 | ME-BATON ROUGE-MICROS<br>Purchase<br>BATON ROUGE US | - $11.33 |

Banking services provided by Green Dot Bank, Member FDIC

Page 8 of 9